*E-Filed 10/6/10*

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  LOWELL C. POWELL (CABN 235446)
   Special Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California 94102
      Telephone: (415) 436-7368
8     Facsimile: (415) 436-7234
      E-Mail: lowell.powell2@usdoj.gov
9
   Attorneys for the United States of America
10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,        )    No. CR 10-0700 RS
                                     )
16         Plaintiff,                )
                                     )
17         v.                        )    STIPULATION AND [PROPOSED]
                                     )    ORDER EXCLUDING TIME UNDER 18
18  EDWIN CHAPA OLIVA,               )    U.S.C. § 3161
       a/k/a Adeli Ponce Flores,     )
19                                   )
           Defendant.                )
20  _____)

21         On October 4, 2010, the parties in this case appeared before the Court.  At that time, the

22  Court continued the matter to October 19, 2010.  The parties have agreed to exclude the period of

23  time between October 4, 2010 and October 19, 2010, from any time limits applicable under 18

24  U.S.C. § 3161.  The parties represented that granting the exclusion would allow the reasonable

25  time necessary for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The

26  parties also agree that the ends of justice served by granting such an exclusion of time outweigh

27  ///

28  ///

1  the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2  At the hearing, the Court made findings consistent with this agreement.

3  SO STIPULATED:

4

5                                          MELINDA HAAG
                                           United States Attorney
6

7  DATED: October 4, 2010                  _____/s/_____
                                           LOWELL C. POWELL
8                                          Special Assistant United States Attorney

9

10 DATED: October 4, 2010                  _____/s/_____
                                           DANIEL BLANK
11                                         Attorney for EDWIN CHAPA OLIVA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0700 RS

1

2                                  ~~[PROPOSED]~~ ORDER

3              For the reasons stated above and at the October 4̶, 2010 hearing, the Court finds that the
                                                           5

4       exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 4̶,
                                                                                                        5

5       2010 through October 19, 2010 is warranted and that the ends of justice served by the

6       continuance outweigh the best interests of the public and the defendant in a speedy trial.  18

7       U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the

8       reasonable time necessary for effective preparation, taking into account the exercise of due

9       diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

10

11            IT IS SO ORDERED.

12

13      DATED:_ 10/6/10 _____                    _____

14                                                 THE HONORABLE RICHARD SEEBORG
                                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION ~~& [PROPOSED]~~ ORDER EXCLUDING TIME
CR 10-0700 RS